**910** REYNOLDS ET AL. vs. CIRCUIT JUDGE (Newaygo), No. 15329; 67 N. W., 529; 3 D. L. N., 185.

To vacate an order granting a new trial after the affirmance of the judgment on appeal to the Supreme Court.

Denied May 26, 1896, with costs.

**911** NAGEL vs. CIRCUIT JUDGE (Wayne), No. 14671½.

To set aside an order granting a new trial in a case where respondent set aside the verdict of his own motion.

Order to show cause denied January 29, 1895.

**912** ZOLTOWSKI vs. RECORDERS' COURT JUDGE (Detroit), No. 16168; 4 D. L. N., 84; 70 N. W., 1018.

To vacate an order granting a new trial in a street opening proceeding, under Act No. 26, Public Acts of 1882.

Granted April 27, 1897, with costs against the City of Detroit, on the ground that under Sec. 11 of the Act, the court had no power, after a like motion had been made and denied and the verdict of the jury had been confirmed by the court, to grant a new trial.

**913** BACKUS ET AL. vs. CIRCUIT JUDGE (Wayne), No. 12341, 89 M., 209.

To set aside order granting a new trial in a condemnation proceeding.

Granted November 19, 1891, with costs.